# THE WEITZ LAW FIRM, P.A.

18305 Biscayne Blvd., Suite 214
Bank of America Building
Aventura, Florida  33160
Main:  305-949-7777
Fax:    305-704-3877

March 3, 2021

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

      **Re:**    **Girotto v. Anine Bing Corporation, d/b/a Anine Bing, et al.**
              **Case 1:21-cv-00031-AT**

Dear Judge Torres

      Pursuant to the Order [D.E. 9], dated January 7, 2021, requesting that the parties discuss whether they are willing to consent to conducting all further proceedings before the assigned Magistrate Judge, the Plaintiff submits the following.

      All parties have not appeared in this case; hence, the parties have not been able to discuss this issue.  Therefore, advancing a position to the court may be premature at present.  The one appearing defendant has no defined position at this time.  Nonetheless, the Plaintiff does not consent to conducting further proceedings before the Magistrate Judge.

      Thank you for your attention to this matter.

                                Sincerely,

                                By: /S/ B. Bradley Weitz
                                   B. Bradley Weitz, Esq. (BW 9365)
                                   The Weitz Law Firm, P.A.
                                   Attorney for Plaintiff
                                   18305 Biscayne Blvd., Suite 214
                                   Aventura Florida, 33160
                                   Telephone: (305) 949-7777
                                   Facsimile: (305) 704-3877
                                   Email: bbw@weitzfirm.com