June 23, 2021

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

          **Re:    Girotto v. Anine Bing Corporation, d/b/a Anine Bing, et al.**
                  **Case 1:21-cv-00031-AT**
                  **Amended Request**

Dear Judge Torres

      The undersigned represents the Plaintiff in the above-captioned case matter. The undersigned recently filed a motion [D.E. 26], dated June 22, 2021, to adjourn the July 1, 2021, Initial Pretrial Conference in this matter. As there are recent developments that have been presented in this matter, we are filing an amendment to that previous motion filed.

      As previously stated, the undersigned counsel will be traveling and in flight on the date and time of the Conference and therefore cannot attend the July 1st conference. In addition, counsel for BLDG Gansvoort LLC will be out of office during the two-week time previously requested for the adjournment of the Conference. Furthermore, new counsel have appeared who will be representing Anine Bing Corporation in this case, who will need additional time to familiarize themselves with this matter.

      For the above stated reasons, the undersigned and counsel have agreed to request a 30-day adjournment of the Initial Pretrial Conference, a 30-day extension of time for the Case Management Plan, and additionally, an additional 30-day extension of time to answer to the Complaint for the defendants.

      Therefore, the undersigned respectfully requests that said Conference be reset and adjourned for 30 days, instead of the previous time requested, and likewise for the Case Management Plan. Further, counsel request an additional 30- day extension of time to file their answer to the Complaint.

The undersigned has conferred with opposing parties in this matter, who consent to the filing of this motion. Thank you for your consideration of this amended request.

    Sincerely,

    By: /S/ B. Bradley Weitz
        B. Bradley Weitz, Esq. (BW 9365)
        THE WEITZ LAW FIRM, P.A.
        Attorney for Plaintiff
        Bank of America Building
        18305 Biscayne Blvd., Suite 214
        Aventura, Florida 33160
        Telephone: (305) 949-7777
        Facsimile: (305) 704-3877
        Email: bbw@weitzfirm.com

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for July 1, 2021, is ADJOURNED to **July 29, 2021**, at **11:20 a.m.** By **July 22, 2021**, the parties shall submit their joint letter and proposed case management plan. By **July 30, 2021**, Defendants shall answer or otherwise respond to the complaint.

SO ORDERED.

Dated: June 23, 2021
      New York, New York

ANALISA TORRES
United States District Judge